450 A.2d 1068

Commonwealth v. Selby, Appellant.

Argued October 21, 1981. Robert Sullivan, Jr., for appellant; David J. Brightbill, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.